IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00456-MSK-OES

JOHN C. DAW, O.D. & JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

    Plaintiffs,

v.

SHOPKO STORES, INC. a Wisconsin Corporation,

    Defendant.

## ORDER DENYING MOTION FOR FAILURE TO COMPLY WITH THIS COURT'S RULE 702 MOTIONS

THIS MATTER comes before the Court on Defendants' Motion to Strike Plaintiffs' Expert Opinions Pursuant to F.R.E. 702 **(#91)** filed October 28, 2005.  Having reviewed the Motion, the Court

**FINDS** that the Motion fails to comport to the requirements set forth in Procedures for Rule 702 Motions available at http://www.cod.uscourts.gov/judges/msk_702procedures.pdf

**IT IS THEREFORE ORDERED** that the Motion is hereby **DENIED** with leave to refile **within ten days** in compliance with this Court's Procedures for Rule 702 Motions.

Dated this 31st day of October, 2005.

                          **BY THE COURT:**

                          Marcia S. Krieger
                          United States District Judge