IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00456-MSK-OES

JOHN C. DAW, O.D. & JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation, KEVIN C. COTTRELL, O.D., AND KEVIN C. COTTRELL, O.D., P.C.

Defendants.

_____

## ORDER DISMISSING CLAIMS
_____

THIS MATTER comes before the Court upon the Stipulation to Dismiss, with Prejudice, Defendants Kevin C. Cottrell, O.D. and Kevin C. Cottrell, O.D., P.C. (**#97**). The court being advised in the premises,

HEREBY ORDERS that the claims against Defendants Kevin C. Cottrell, O.D. and Kevin C. Cottrell, O.D., P. C. are dismissed with prejudice, each party to pay its own costs. The caption on all future pleadings shall omit these Defendants as parties.

Dated the 7th day of November, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge