IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00456-MSK-OES

JOHN C. DAW, O.D. & JOHN C. DAW, O.D., P.C., a Colorado professional corporation,

Plaintiff(s),

vs.

SHOPKO STORES, INC., a Wisconsin corporation,

Defendant(s).

MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 7, 2005

     Defendant's Motion for Clarification of Scheduling Order [filed August 3, 2005, Document 61] is GRANTED and the parties shall be allowed to submit their dispositive motions, if any, on or before October 15, 2005, *nunc pro tunc.*