IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00456-MSK-OES

JOHN C. DAW, O.D., and
JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

    Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

    Defendant.
_____

**ORDER**
_____

**THIS COURT**, having reviewed the Unopposed Motion to Vacate and Reset 702 Hearing **(#114)**, any responses or replies thereto, and being advised of the premises therein, finds that the matter was fully ready for trial and all pre-trial deadlines had passed when the trial was reset to hear criminal matters.  The parties intend to narrow issues which may reduce the scope of the controversy or eliminate the necessity of a Rule 702 hearing scheduled for December 6, 2005. Although the Defendant anticipates re-filing a motion for summary judgment, the deadline for filing such motions has passed.  The Court therefore finds and

    ORDERS that the Unopposed Motion to Vacate (**#114**) is **GRANTED**, in part.  The Joint Motion for Ruling under Fed.R.Evid. 702 (**# 102**) is **DENIED WITHOUT PREJUDICE**, as

moot, and the hearing set for December 6, 2005 is vacated.  Any motion addressing this expert's testimony may refiled within 90 days of the date of this Order.  Trial in this matter is reset to **1:00 p.m.** on **Tuesday, October 10, 2006**.  No authorization is granted for filing of any other pre-trial motions.

DATED this 1st day of December, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge