IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00456-MSK-MEH

JOHN C. DAW, O.D. & JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

Defendant.

_____

**ORDER GRANTING UNOPPOSED MOTION TO ALLOW THE WITHDRAWAL
OF TORBEN WELCH, ESQ. AS ATTORNEY FOR DEFENDANT**
_____

The Court having reviewed the Unopposed Motion to Allow the Withdrawal of Torben Welch, Esq. as Attorney for Defendant **(#127)**, and being otherwise fully advised in the matter,

ORDERS that the Unopposed Motion to Allow the Withdrawal of Torben Welch, Esq. as Attorney for Defendant is GRANTED and Torben Welch is allowed to withdraw as counsel of record for Defendant.

Dated this 16th day of May 2006.

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge