IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00456-MSK-MEH

JOHN C. DAW, O.D. & JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

Defendant.

_____

### ORDER GRANTING MOTION TO APPEAR BY VIDEOCONFERENCE
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiff's Unopposed Motion for Rule 702 Hearing Videoconference Testimony **(# 131)**.

The motion to permit Mr. Gerber to testify by videoconference is **GRANTED**. The Plaintiff's counsel shall promptly contact the Court's Courtroom Deputy, Barbara Wagner, at (303) 335-2185 to make appropriate arrangements.

Dated this 18th day of August, 2006

                                           **BY THE COURT:**

                                           */s/ Marcia S. Krieger*
                                           _____

                                           Marcia S. Krieger
                                           United States District Judge