IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00456-MSK-MEH

JOHN C. DAW, O.D., and
JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

     Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

     Defendant.

---

# ORDER

---

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Withdraw Counsel Mark E. Bowman **(#14).** The Court being fully advised in the foregoing,

**ORDERS** that Plaintiffs' Unopposed Motion to Withdraw Counsel Mark E. Bowman **(#14) is GRANTED.** Mark E. Bowman is hereby withdrawn as counsel for Plaintiffs.

Dated this 20th day of September, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge