IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00456-MSK-MEH

JOHN C. DAW, O.D., and
JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

Defendant.

## ORDER

THIS MATTER is before the Court on the Unopposed Motion to Vacate and Reset Trial Date with Priority **(#143).** The Court being fully advised in the foregoing,

**ORDERS** that the Unopposed Motion to Vacate and Reset Trial Date with Priority **(#143) is GRANTED** in part in so far as the trial date of **October 10, 2006 is VACATED**. The parties shall jointly contact Chambers within 7 days of the date of this order to reset the trial.

Dated this 6th day of October, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge