IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00456-MSK-MEH

JOHN C. DAW, O.D., and
JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

    Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

    Defendant.

## ORDER

**IT IS HEREBY ORDERED** that the trial in this matter is reset to **November 26, 2007 at 1:00 p.m.** in a first position setting, a final pretrial conference is set for **September 27, 2007 at 4:00 p.m.** and a Rule 702 hearing is set for **July 6, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado. All other provisions of the trial preparation order **(#27)** remain in effect.

Dated this 11th day of October, 2006

                                              **BY THE COURT:**

                                              *Marcia S. Krieger* (signature)
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge