IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00456-MSK-MEH

JOHN C. DAW, O.D., and
JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

    Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

    Defendant.

_____

### ORDER SETTING RULE 702 HEARING
_____

**THIS MATTER** comes before the Court pursuant to the parties' Joint Motion Under Fed. R. Evid. 702 **(# 146)**, regarding Sanjai Bhaget.

The Court will hear evidence regarding the admissibility under Fed. R. Evid. 702 of the opinions listed in the motion at a hearing on **Friday, May 4, 2007** at **1:00 p.m.**

Dated this 23d day of February, 2007

                    **BY THE COURT:**

                    */s/ Marcia S. Krieger*
                    _____

                    Marcia S. Krieger
                    United States District Judge