IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00456-MSK-MEH

JOHN C. DAW, O.D., and
JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

    Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

    Defendant.

## ORDER

Pursuant to the agreement of the parties,

**IT IS ORDERED** that the hearing under Fed. R. Evid. 702 previously set for May 4, 2007 is **RESET to September 4, 2007 at 1:30 p.m.**

Dated this 26th day of March, 2007

              BY THE COURT:

              *Marcia S. Krieger*
              _____
              Marcia S. Krieger
              United States District Judge