IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00456-MSK-MEH

JOHN C. DAW, O.D., and
JOHN C. DAW O.D., P.C., a Colorado Professional Corporation,

    Plaintiffs,

v.

SHOPKO STORES, INC. a Delaware corporation,

    Defendant.

---

## ORDER

---

Due to a calendar conflict,

**IT IS ORDERED** that the hearing under Fed. R. Evid. 702 set for September 4, 2007 is **RESET** to **August 30, 2007** at **10:00 a.m.**

Dated this 25th day of May, 2007

    **BY THE COURT:**

    *Marcia S. Krieger*
    _____
    Marcia S. Krieger
    United States District Judge