**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman

Date: August 30, 2007

Civil Action No. 04-cv-00456-MSK-MEH

| *Parties*: | *Counsel*: |
|---|---|
| JOHN S. DAW, O.D.<br>JOHN C. DAW, O.D., P.C., | Gerald Jorgensen |
| Plaintiffs, | |
| v. | |
| SHOPKO STORES, INC., | Stephen Hopkins<br>W. Berkley Mann, Jr. |
| Defendants. | |

## COURTROOM MINUTES

HEARING: 702 Motion (#146)

**10:21 a. m.    Court in session**

Opinion:    Plaintiff's economic loss was $145,827.

Objection(s) stated by defense counsel.

Oral motion by defense counsel to strike the new report of plaintiff's expert.

**10:54 a.m.    Court in recess
11:08 a.m.    Court in session**

**ORDER:**    Defendant's oral motion to strike the new report of plaintiff's expert Dr. Bhagat is **GRANTED.**  The new report cannot be used or relied upon by plaintiff's expert, Dr. Bhagat.

Plaintiff requests to proceed with the 702 hearing based on the original report of Dr. Bhagat.  The opinion is a legal issue and requires legal argument only.

Argument by plaintiff's counsel.

Argument by defendant's counsel.

Rebuttal argument by plaintiff's counsel.

**11:49 a. m.    Court in recess.
1:41 p.m.    Court in session**

For purposes of the ruling the Court receives Exhibit 1.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** The Court finds that where one expert has premised part of his calculation opinion on the opinion of another expert and that opinion has already been determined to be unreliable, that opinion cannot be disclosed to the jury. The Court precludes Dr. Bhagat from referring to Dr. Gerber's figures and calculating a specific amount as a revenue loss by application of the formula he's identified.

**ORDER:** Plaintiff's motion to amend the witness list (**Doc. #142)** is **GRANTED** in part and **DENIED** in part. Discovery is reopened for the sole purpose of the plaintiff amending his Rule 26(a) disclosures to identify the two new witnesses and amending the final pretrial order. The defendants are authorized to take depositions of these two witnesses. The cost of the depositions other than attorneys' fees will be born by the plaintiff. The attorneys' fees of the defense will be born by the defendant. The depositions will be completed within 45 days of today's date.

**2:26 p.m.    Court in recess**
**Total Time:  1 hour 59 minutes**
**Hearing concluded.**